# IN THE SUPREME COURT OF PENNSYLVANIA
# EASTERN DISTRICT

TRUST UNDER WILL OF AUGUSTUS T. : No. 203 EAL 2020
ASHTON, DECEASED DATED JANUARY :
20, 1950 :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
PETITION OF: ELIZABETH A. REED :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Did the Superior Court err when it held that the equitable property interest in the trust res of a current vested beneficiary does not establish the beneficiary's automatic standing to raise issues with the Trustees' breach of fiduciary duties to the Trust, but instead a court must evaluate each and every beneficiary's individualized financial loss to determine if it meets some unknown threshold sufficient to meet the "substantial, direct and immediate" test?